IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:14CR407
                             )
      v.                     )
                             )
ALBERTO TRISTAN-CASTILLO,    )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to extend the time in which to file motions for departure, variance, etc. (Filing No. 22). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until May 21, 2015, to file motions for departure, variance, etc.

DATED this 18th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court